dollars costs, without prejudice to position of case on calendar. Answer to be served within ten days from date of entry of order. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

RALPH B. WATTLEY and Others, Stockholders in NATIONAL DRUG STORES CORPORATION, on Behalf of Themselves and All Other Stockholders, etc., Appellants, v. NATIONAL DRUG STORES CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

R. P. HUSSEY & COMPANY, INC., Appellant, v. HUSQVARNA VAPENFABRIKS AKTIEBOLAG (a Corporation), Respondent. SEYMOUR MORK, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

R. P. HUSSEY & COMPANY, INC., Appellant, v. HUSQVARNA VAPENFABRIKS AKTIEBOLAG (a Corporation), Respondent. SEYMOUR MORK, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

R. P. HUSSEY & COMPANY, INC., Appellant, v. HUSQVARNA VAPENFABRIKS AKTIEBOLAG (a Corporation), Respondent. SEYMOUR MORK, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Account of Proceedings of ALLIS F. HASCALL, as Committee of the Person of JANE A. DENTON, an Incompetent Person, Appellant. HARVEY R. DENTON, as Administrator, etc., of JANE A. DENTON, Deceased, and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ANNA N. SILVER, Appellant, v. STANLEY G. SILVER, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JACOB RUNSDORF and Another, Copartners, etc., Respondents, v. ISAAC STEUERMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss complaint granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MILLIE HOLMAN, Respondent, v. MORRIS HOLMAN, Appellant.— Order reversed, and motion denied. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

FRANK PFEFFER and Another, Respondents, v. HARTFORD LIFE INSURANCE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOBSON-GIFFORD COMPANY, Respondent, v. PATRICK McGOVERN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROBERT A. HAAG, Respondent, v. EMMA CHRISTINE TURNEY, as Trustee, etc., of CHRISTIAN JOURGENSEN, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LEOLA BERNICE PEABODY, Respondent, v. NELSON J. PEABODY, Appellant.—